UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL NO. 7 ) <br> HEALTH AND WELFARE FUND, ) <br> et al., ) <br>                 Plaintiffs ) <br>       ) <br>     v. ) <br>       ) <br> A.C., INC., ) <br>                 Defendant ) | Civil Action No. 05-30007-KPN |

ORDER
August 17, 2005

NEIMAN, U.S.M.J.

    Plaintiff filed a complaint in the United States District Court on January 12, 2005, at which time the court issued a summons. As of this date, no further action has been taken in this matter.

    Counsel shall file a written report with the Clerk's Office by the close of business on September 7, 2005, indicating the status of the instant matter. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

                                                    KENNETH P. NEIMAN
                                                    U.S. Magistrate Judge

                                By:    /s/ Bethaney A. Healy
                                                Bethaney A. Healy
                                                Deputy Clerk