UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL NO. 7 HEALTH & WELFARE FUND et al<br>　　　Plaintiffs,<br><br>v<br><br>A.C., INC.,<br>　　　Defendant | )<br>)<br>)<br>)<br>) C.A. No. 05-30007-KPN<br>)<br>)<br>)<br>) |

STATUS REPORT

In response to this Court's order of August 17, 2005, plaintiffs file this Status Report. After the Court issued a summons in this action, plaintiffs were unable to locate the defendant A.C. Inc., within the Commonwealth of Massachusetts and all efforts of service by the sheriff were unsuccessful. Defendant was recently located in Connecticut, and on August 31, 2005 service was sent by certified mail in accordance with Rule 4 of the Federal Rules of Civil Procedure. As soon as plaintiffs are in possession of the return receipt, they will notify the Court of the return of service.

Date: September 6, 2005　　　　　　　Aaron D. Krakow
　　　　　　　　　　　　　　　　　　BBO #544424
　　　　　　　　　　　　　　　　　　KRAKOW & SOURIS, LLC
　　　　　　　　　　　　　　　　　　225 Friend Street
　　　　　　　　　　　　　　　　　　 Boston, MA 02114  (617) 723-8440

　　　　　　　　　　　　　　　　　　/s/ Aaron D. Krakow_____
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

CERTIFICATE OF SERVICE

　　　I, Aaron D. Krakow, hereby certify that I caused a copy of the foregoing to be mailed this date to AC Electrical Contractors, Inc., 121 Turnpike Road, Somers, CT 06071.

　　　　　　　　　　　　　　　　　　/s/ Aaron D. Krakow_____
　　　　　　　　　　　　　　　　　　Aaron D. Krakow