UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL NO. 7 HEALTH & WELFARE FUND,<br>　　Plaintiffs,<br><br>v.<br><br>A.C., INC.<br>　　Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 05-30007-KPN<br>)<br>)<br>)<br>) |

REQUEST FOR NOTICE OF DEFAULT

Plaintiffs respectfully request that the Court send Notice of Default to the Defendant, A.C. Inc., 121 Turnpike Road, Somers, CT 06071 in the above-captioned action. Defendant A.C. Inc. was served with the complaint on September 3, 2005

As of this date Defendant has not filed an answer or other responsive pleading to the Complaint.

　　　　　　　　　　　　　　　　　　　Plaintiffs
　　　　　　　　　　　　　　　　　　　by their attorney

　　　　　　　　　　　　　　　　　　　/s/ Aaron D. Krakow
　　　　　　　　　　　　　　　　　　　Aaron D. Krakow
　　　　　　　　　　　　　　　　　　　BBO #544424
　　　　　　　　　　　　　　　　　　　KRAKOW & SOURIS, LLC
　　　　　　　　　　　　　　　　　　　225 Friend Street
　　　　　　　　　　　　　　　　　　　Bston, MA 02114
　　　　　　　　　　　　　　　　　　　(617) 723-8440