## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TRUSTEES OF IBEW LOCAL NO. 7 HEALTH & WELFARE FUND, ET AL.,** <br> **Plaintiff** <br><br> V. <br><br> **A.C. INC.** <br> **Defendants** | **CIVIL ACTION** <br><br> **NO. 3:05-CV-30007-MAP** |

### NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Trustees of IBEW Local No. 7 Health & Welfare Fund, et all.,</u> for an order of Default for failure of the Defendant, <u>A.C. Inc.</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u> 22 </u> day of <u> November </u>, 2005.

Sarah A. Thornton, Clerk

By: /s/ *Maurice G Lindsay*
Maurice G. Lindsay, Deputy Clerk

Notice mailed to:

❏   Plaintiff's Counsel, Aaron D. Krakow, Esq.
❏   Defendant A.C. Inc.