UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL 7 ) <br> HEALTH & WELFARE FUND, et al., ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> A.C., INC., ) <br> Defendant ) | Civil Action No. 05-30007-KPN |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Trustees of IBEW Local No. 7 Health & Welfare Fund, et al. for an order of Default for failure of the Defendant, A.C., Inc. , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this twenty-fifth day of November, 2005 .

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ Bethaney A. Healy
Deputy Clerk

Notice mailed to: A.C., Inc.

(Default Notice.wpd - 3/7/2005)