UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL NO. 7 )<br>HEALTH AND WELFARE FUND, )<br>                  Plaintiff )<br>)<br>      v. )<br>)<br>A.C., INC., )<br>                  Defendant ) | Civil Action No. 05-30007-KPN |

ORDER
September 15, 2006

Plaintiff filed a complaint in the U.S. District Court on January 12, 2005. On November 25, 2005, the clerk's office issued a Notice of Entry of Default. As of today, counsel has taken no further action in this matter.

Counsel shall file a certificate describing the status of this action with the Clerk's Office by the close of business on October 5, 2006. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

KENNETH P. NEIMAN
U.S. Magistrate Judge

By:   /s/ Bethaney A. Healy
       Bethaney A. Healy
       Deputy Clerk