UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF IBEW LOCAL NO. 7 HEALTH )
& WELFARE FUND, et al )
    Plaintiffs, )
)
v. ) C.A. No. 05-30007-KPN
)
A.C., INC. )
    Defendant. )
)

## VOLUNTARY DISMISSAL

In accordance with a settlement agreement between the parties and Rule 41(a)(1)(i), plaintiffs hereby give notice of voluntary dismissal of this action. As of this date, defendant has neither answered the complaint nor moved for summary judgment.

Date: September 26, 2006

Aaron D. Krakow
BBO #544424
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440

_____
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Aaron D. Krakow, hereby certify that I caused a copy of the foregoing to be mailed this date to AC Electrical Contractors, Inc., 121 Turnpike Road, Somers, CT 06071.

_____
Aaron D. Krakow